IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANUEL CARDOZA, individually, and on behalf of others similarly situated,

    Plaintiff,

  v.

CAVALRY PORTFOLIO SERVICES, LLC, a Limited Liability Company, and WINN & SIMS, a Professional Corporation,

    Defendants.

No. C 05-01163 WHA

**ORDER RE HEARING**

The parties have jointly applied for an order conditionally certifying a settlement class, preliminarily approving a class action settlement, directing distribution of notice to the class and setting a hearing for final approval. The Court is concerned that there may be unduly preferential treatment of the named representative, who would receive $1000 — the full statutory damages available to individuals pursuant to 15 U.S.C. 1692k(a)(2)(A) — while other class members would only receive $200 under the terms of the settlement agreement. Counsel (as well as Mr. Cardoza) shall be prepared to address this issue at the hearing, which will be held on **NOVEMBER 10, 2005** at **2:00 P.M.**, instead of **8:00 A.M.**

    **IT IS SO ORDERED.**

Dated: October 17, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE