1  LEGAL AID SOCIETY OF SAN MATEO COUNTY
   M. Stacey Hawver  (#146012)
2  Scott Maurer (#180830)
   521 East 5th Ave.
3  San Mateo, CA  94402
   Phone:   (650) 558-0915
4  Fax:       (650) 558-0673
   Email:   smaurer@scu.edu
5
   CHAVEZ & GERTLER LLP
6  Mark A. Chavez (Bar No. 90858)
   Kathryn C. Palamountain (Bar No. 183246)
7  42 Miller Avenue
   Mill Valley, California 94941
8  Telephone: (415) 381-5599
   Facsimile:  (415) 381-5572
9

10 Attorneys for Plaintiff
   MANUEL CARDOZA
11

12                IN THE UNITED STATES DISTRICT COURT

13                FOR THE NORTHERN DISTRICT OF CALIFORNIA

14 MANUEL CARDOZA, Individually,            )  Case No: C05-01163 WHA
   and on behalf of others similarly situated,  )
15                                           )  [PROPOSED] ORDER RE
          Plaintiff,                         )  CONTINUING FINAL FAIRNESS
16                                           )  HEARING DATE
          vs.                                )
17                                           )
   CAVALRY PORTFOLIO SERVICES,               )
18 LLC, a Limited Liability Company, and     )
   WINN & SIMS, a Professional Corporation,  )  Date: March 9, 2006
19                                           )  Time: 8:00 a.m.
          Defendants.                        )  Courtroom:   9
20                                           )
                                             )
21 _____  )

22

23

24

25

26

27

28

**ORDER**

IT IS HEREBY ORDERED THAT:

1. The parties' Stipulation to Continue the Date for the Final Fairness Hearing is granted.

2. The Final Fairness Hearing scheduled for March 9, 2006, is vacated.

3. The Final Fairness Hearing will be conducted before the Honorable William H. Alsup, at the U.S. District Court for the Northern District of California, San Francisco Division, 450 Golden Gate Avenue, San Francisco, California in Courtroom 9 on April 10, 2006, at 8:00 a.m.

Dated: February 2 , 2006

_____
The Honorable William H. Alsup
UNITED STATES DISTRICT JUDGE

APPROVED
Judge William H. Alsup